UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **PERLA MAGENO, an individual** | : | 2:17-cv-06829 (JMA) (SIL) |
| | : | |
| **Plaintiff,** | : | RULE 7.1 CORPORATE DISCLOSURE |
| | : | STATEMENT OF DEFENDANT |
| v. | : | M.A.C. COSMETICS, INC. |
| | : | |
| **M.A.C. COSMETICS, INC.,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant M.A.C. Cosmetics, Inc. certifies that:

1. The Estee Lauder Companies Inc., a publicly held corporation, wholly owns M.A.C. Cosmetics, Inc.

Dated: New York, New York
January 8, 2018

By: _/s/ Robert J. deBrauwere_____

Robert J. deBrauwere
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
(212) 421-4100
rdebrauwere@pryorcashman.com

Matthew S. Kenefick
JEFFER MANGELS BUTLER & MITCHELL LLP
Pro Hac Vice Admission Pending
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111-3813
Tel: (415) 398-8080
Fax: (415) 398-5584
mkenefick@jmbm.com

*Attorneys for Defendant M.A.C. Cosmetics, Inc.*