

Illinois | New Jersey | New York | Ohio | Oregon

Javier L. Merino*
Direct Dial: 201-355-3440
Facsimile: 216-373-0536
Email: JMerino@DannLaw.com

January 17, 2018

**Delivered Via ECF**
Judge Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re: *Perla Mageno v. M.A.C. Cosmetics, Inc.- Case No.: 2:17 -cv-06829*

Dear Judge Azrack:

This firm represents Plaintiff Perla Mageno ("Plaintiff") in the above-captioned matter. Pursuant to your Individual Practice Rules, we write to respectfully request that the Initial Conference currently set for January 25, 2018, be rescheduled to February 6, 2018. This request is being made due to a scheduling conflict for Plaintiff's counsel. Defendant's Counsel has consented to the extension. This is the Plaintiff's first request for an adjournment and it does not affect any other scheduled deadline or court appearance. We thank the Court for its consideration of this request.

Respectfully Submitted,

*/s/ Javier L. Merino, Esq.*
Javier L. Merino, Esq

cc: Matthew Kenefick via MSK@JMBM.com
    Robert DeBrauwere via RdeBrauwere@pryorcashman.com

___