# CIVIL CAUSE FOR INITIAL CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 2/6/2018          TIME: 3:00 PM          TIME IN COURT:   10 min.

CASE:  **17-cv-06829-JMA-SIL Mageno v. M.A.C. Cosmetics Inc.**

APPEARANCES:    For Plaintiff: Javier Merino

For Defendant: Matthew Kenefick

FTR:

**FILED
CLERK

2/6/2018 4:31 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

☒  Case called.
☒  Counsel present for all sides.
☐  Briefing schedule set:
  Moving papers served by:
  Response:
  Reply:
  - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
☐  Case to be referred to the Magistrate Judge for
☐  Jury selection and trial scheduled for
☒   A telephone status conference is scheduled for 4/11/2018 at 5:00 PM.  Counsel for the plaintiff shall initiate the call and contact Chambers at 631-712-5600 when all parties are on the line.
☐  Other: